

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2020

No. 04-19-00488-CV

Robert **DUNLAP**,
Appellant

v.

Charles **TROIS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's brief was due on December 12, 2019. *See* TEX. R. APP. P. 38.6(a) (setting appellant's brief due date as thirty days after appellate record is filed). Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by January 21, 2020**, his brief and a written response reasonably explaining: (1) his failure to timely file a brief; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See id.* R. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court